Certificate Number: 05781-NV-DE-041454528

Bankruptcy Case Number: 26-15674

05781-NV-DE-041454528

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2026, at 9:57 o'clock PM PDT, Sheila Smith White completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Nevada.

Date: September 16, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President